UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN MATA

      Plaintiff,

v.	Civ. No. 1:10-cv-01146 RB/ACT

WAL-MART STORES, INC., d/b/a
WAL-MART STORE #0826

      Defendant,

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Juan Mata, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulates to the dismissal with prejudice of his claims asserted against Wal-Mart Stores, Inc., in this matter.  Each side in this matter will bear its own fees and costs.

SUBMITTED/APPROVED:

_____
Dennis W. Montoya
Santiago E. Juárez
Montoya Law, Inc.
P.O. Box 15235
Rio Rancho, NM 87174-0235

*Approved via e-mail 03/13/2011*

_____
H. Jesse Jacobus III
Tiffany L. Roach
Attorneys for Defendants
P. O. Box 2168
Albuquerque, NM 87103

WE HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court on the ____day of March, 2011, causing service to be made on all counsel of record.

By:_____
      Dennis W. Montoya